# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE LEE BAKER, III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MORENO, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01758-AWI-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**<br><br>**(Docs. 23, 25)** |

Plaintiff, Tommie Lee Baker III, is a state prisoner proceeding *pro se* and *in forma pauperis* in this in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Plaintiff filed a motion seeking injunctive relief for access to his legal and personal property on October 5, 2017. (Doc. 23.) On October 20, 2017, the Magistrate Judge issued a Findings and Recommendations to deny Plaintiff's motion for lack of jurisdiction. (Doc. 25.) The Findings and Recommendation was served that same date and allowed for filing of objections within twenty-one days. (*Id.*) Despite lapse of more than double the time allowed, Plaintiff has not filed any objections. However, though not required, defense counsel submitted a declaration explaining the circumstances behind Plaintiff's separation from his property and relaying assurances received from the Litigation Coordinators at the RJ Donovan Correctional Facility and California Health Care Facility to unite Plaintiff with his property as expeditiously as possible.[1] (Doc. 26.)

---

[1] The Court appreciates defense counsel's efforts to rectify this situation.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on October 20, 2017 (Doc. 25), is adopted in full; and
2. Plaintiff's motion for injunctive relief, filed on October 5, 2017 (Doc. 23) is DENIED.

IT IS SO ORDERED.

Dated:   December 11, 2017

SENIOR  DISTRICT  JUDGE